E-FILED
12-29-09

WILLIAM L. McGIMSEY
A Professional Corporation
Nevada Bar No. 546
3017 W. Charleston Blvd., Suite 30
Las Vegas, NV 89102
(702) 382-9948

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MANUEL BENGSON and
ROSALINA BENGSON,

      Debtors.

BK-S-09-29994 lbr
Chapter 13

No Hearing Date

### EX-PARTE APPLICATION TO VOLUNTARILY DISMISS CASE

COME NOW the Debtors MANUEL BENGSON and ROSALINA BENGSON and hereby request that this Court dismiss the pending Chapter 13 proceedings pursuant to Section 1307(b) of the United States Bankruptcy Code.

In support of said Application, Debtors respectfully represent and show that this case has not been converted under Section 706 or 1112.

DATED this __28__ day of December, 2009.

_/s/ Manuel Bengson_  
MANUEL BENGSON

_/s/ Rosalina Bengson_  
ROSALINA BENGSON

Submitted by:

_/s/ William L. McGimsey_  
WILLIAM L. McGIMSEY, ESQ.
3017 W. Charleston Blvd., Suite 30
Las Vegas, NV 89102
Attorney for Debtors