**Entered on Docket**
**January 19, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

WILLIAM L. McGIMSEY
A Professional Corporation
Nevada Bar No. 546
3017 W. Charleston Blvd., Suite 30
Las Vegas, NV 89102
(702) 382-9948

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) |
| MANUEL BENGSON and ROSALINA BENGSON, | ) BK-S-09-29994 lbr<br>) Chapter 13 |
| Debtors. | ) |
| | ) No Hearing Date |

ORDER OF DISMISSAL

Debtors Manuel Bengson and Rosalina Bengson's Ex-Parte Application for Voluntary Dismissal having come before the Court, and it appearing that the above entitled case has not been converted under Section 706 or 1112, and good cause appearing therefor,

////
////
////
////

1  IT IS HEREBY ORDERED AND ADJUDGED that the above entitled matter be and the
2  same hereby is dismissed, and Chapter 13 Trustee's expenses allowed in the amount of
3  $ *150.-* .

4  IT IS SO ORDERED.

5
   Submitted by:
6

7
   *[signature]*
8  WILLIAM L. McGIMSEY, ESQ.
   3017 W. Charleston Blvd., Suite 30
9  Las Vegas, NV 89102
   Attorney for Debtor
10

11 APPROVED:

12
   *[signature]*
13
   KATHLEEN A. LEAVITT, Trustee
14 201 Las Vegas Blvd. South, Suite 200
   Las Vegas, NV 89101
15

16

17                                    ###

18

19

20

21

22

23

24

25

26

27

28